FILED ✓ LODGED
RECEIVED COPY
NOV 23 2026
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY DEPUTY

Lisha J Gray
777 Northwood Drive, Apartment #1
Medford, OR 97504
(458) 302-1561

**IN UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Lisha J Gray (USA), Clifford Williams (Ghana)<br>Plaintiff,<br><br>v.<br><br>Elizabeth Ann Botha (S. Africa);<br>Mirko Vanzo (Italy),<br>Defendant(s). | CASE NUMBER: CV-26-10804-PHX-MTL<br><br>**COMPLAINT** |

## Jurisdiction

This court has jurisdiction over this matter pursuant to Arizona §§ 17 U.S.C. §§ 501 and 512(f). The plaintiff is a resident of Medford, Jackson County, OR and a citizen of the United States. The defendant, Elizabeth Ann Botha, is a resident of Johannesburg, South Africa, and a citizen of South Africa. The defendant, Mirko Vanzo, is a resident of Italy and a citizen of the Italy. The cause of action arose in the Phoenix division.

## Complaint

During the year of 2025, Elizabeth Ann Botha & Mirko Vanzo copied and sold course content created by Clifford Williams, without authorization or permission. They also copied and modified smart contracts that Mirko Vanzo had been paid (approximately $94,000) to create for HEXucation.com Community. Contravening the software license agreement, he copied the smart contracts, reused them on hexucation.org and then modified and re-used them on unitasrise.org, without permission. He and Ann (Elizabeth) Botha did this deliberately knowing it contravened the software license that Mirko Vanzo created and Elizabeth (Ann) Botha agreed to.

## Demand

V. FIRST CLAIM – COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)19. Plaintiff owns valid copyrights in the HEXucation educational content and smart contract code.20. Defendants reproduced, distributed, and created derivative works without authorization.21. Plaintiff is entitled to injunctive relief,

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE: LR Civ 7.1 (b)(1)
(Rule Number/Section)

actual damage, statutory damage, and costs.VI. SECOND CLAIM – DMCA MISREPRESENTATION (17 U.S.C. § 512(f))22. Defendant Botha knowingly materially misrepresented in her counternotice that the material was independently created.23. This misrepresentation caused Plaintiff harm (ongoing dispute, potential site restoration).24. Plaintiff is entitled to damages and attorney fees (if any).VII. THIRD CLAIM – DECLARATORY RELIEF (28 U.S.C. § 2201)25. An actual controversy exists regarding ownership and rights to the software and content.26. Plaintiff seeks a declaration that the HEXucation.com Community retains ownership and that Defendants' use is unauthorized. VIII. PRAYER FOR RELIEFWHEREFORE, Plaintiff respectfully requests: a. Preliminary and permanent injunction prohibiting Defendants from using, distributing, or deploying derivatives of Plaintiff's works; b. Actual and/or statutory damages; c. Costs of suit (including the $250 fili); d.ee); d. Declaratory relief as to ownership; e. Such other relief as the Court deems just. (please see attached documents) **Damages: $30,000** V. FIRST CLAIM – COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)19. Plaintiff owns valid copyrights in the HEXucation educational content and smart contract code.20. Defendants reproduced, distributed, and created derivative works without authorization.21. Plaintiff is entitled to injunctive relief, actual damage, statutory damage, and costs.VI. SECOND CLAIM – DMCA MISREPRESENTATION (17 U.S.C. § 512(f))22. Defendant Botha knowingly materially misrepresented in her counternotice that the material was independently created.23. This misrepresentation caused Plaintiff harm (ongoing dispute, potential site restoration).24. Plaintiff is entitled to damages and attorney fees (if any). VII. THIRD CLAIM – DECLARATORY RELIEF (28 U.S.C. § 2201)25. An actual controversy exists regarding ownership and rights to the software and content.26. Plaintiff seeks a declaration that the HEXucation.com Community retains ownership and that Defendants' use is unauthorized. VIII. PRAYER FOR RELIEFWHEREFORE, Plaintiff respectfully requests: a. Preliminary and permanent injunction prohibiting Defendants from using, distributing, or deploying derivatives of Plaintiff's works; b. Actual and/or statutory damages; c. Costs of suit (including the $250 filing fe); d.. Declaratory relief as to ownership; e. Such other relief as the Court deems just.(please see attached documents)

Date: ____________________________

____________________________________

Signature of Pro Se Plaintiff
Lisha J Gray
777 Northwood Drive, Apartment #1
Medford, OR 97504
(458) 302-1561

**UNITED STATES DISTRICT COURT**

DISTRICT OF ARIZONA

CLIFFORD WILLIAMS,

Plaintiff,

v.

ELIZABETH BOTHA (a/k/a ANN BOTHA),
and
MIRKO VANZO,

Defendants.

Case No. [To be assigned by Clerk]

**COMPLAINT FOR COPYRIGHT INFRINGEMENT, DMCA MISREPRESENTATION, AND DECLARATORY RELIEF**

**JURY TRIAL DEMANDED** (optional – you can decide later)

## I. INTRODUCTION

1. Plaintiff Clifford Williams is the founder and creator of the HEXucation.com platform and its proprietary smart contracts and educational content.
2. Defendants Elizabeth Botha (also known as Ann Botha) and Mirko Vanzo have willfully infringed Plaintiff's copyrighted works and breached a proprietary software license agreement by creating and deploying unauthorized derivatives on websites including unitasrise.org and hexucation.org.
3. Defendant Botha filed a false DMCA counter-notice with Namecheap, misrepresenting that the materials were independently created, despite her prior acknowledgment of the proprietary license.
4. This action arises under federal copyright law, 17 U.S.C. §§ 501 and 512(f), and seeks injunctive relief, damages, and declaratory judgment.

## II. JURISDICTION AND VENUE

5. This Court has subject-matter jurisdiction under 28 U.S.C. § 1331 (federal question) and 28 U.S.C. § 1338 (copyright).
6. Defendant Botha expressly consented to the jurisdiction of this Court in her DMCA counter-notice dated February 6, 2026, pursuant to 17 U.S.C. § 512(g)(3)(D).

7. Venue is proper in this District under 28 U.S.C. § 1400(b) because Defendant Botha consented to this District and a substantial part of the events (DMCA process via U.S. registrar Namecheap) occurred here.

**III. PARTIES**

8. Plaintiff Clifford Williams resides in Kumasi, Ghana, and is the creator and owner of the HEXucation.com educational content and proprietary smart contracts.
9. Defendant Elizabeth Botha (a/k/a Ann Botha) resides at Stef Street, Riverside Estate, Hartebeespoort, North West Province 0232, South Africa.

10. Defendant Mirko Vanzo is an Italian software developer (associated with Snipe Finance and 4Blocks.xyz) who developed the original smart contracts under Plaintiff's direction.

**IV. FACTUAL ALLEGATIONS**

11. In 2024, Plaintiff developed the HEXucation.com platform, including five proprietary smart contracts, funded by community contributions.
12. On April 1, 2024, a Proprietary Software License Agreement was executed, granting a limited, non-transferable license to the HEXucation Early Funders Community, with ownership retained by the HEXucation.com Community. The license prohibits derivative works, copying, distribution, reverse engineering, and removal of notices (see Exhibit A – License Agreement).
13. Defendant Vanzo was the developer ("M.V. and Team") who created the smart contracts under this license.
14. Defendant Botha acknowledged the proprietary nature of the license in communications with Plaintiff (see Exhibit B – Chat screenshots, including her statement "Ok i understand this!").
15. Defendants created and deployed unauthorized derivatives of the smart contracts and course content on unitasrise.org and hexucation.org without permission.
16. On or about February 6, 2026, Defendant Botha filed a DMCA counter-notice with Namecheap falsely claiming the materials were "independently created, lawfully commissioned, or subject to shared rights" (see Exhibit C – Counter-Notice).
17. This statement was knowingly false, as both Defendants had prior knowledge of the proprietary license and Plaintiff's ownership.

18. Defendants' actions have caused Plaintiff substantial harm, including lost revenue, blocked access to community funds, and reputational damage.

**V. FIRST CLAIM – COPYRIGHT INFRINGEMENT**

(17 U.S.C. § 501)
19. Plaintiff owns valid copyrights in the HEXucation educational content and smart contract code.
20. Defendants reproduced, distributed, and created derivative works without authorization.

21. Plaintiff is entitled to injunctive relief, actual damages, statutory damages, and costs.

**VI. SECOND CLAIM – DMCA MISREPRESENTATION**

(17 U.S.C. § 512(f))

22. Defendant Botha knowingly materially misrepresented in her counter-notice that the material was independently created.
23. This misrepresentation caused Plaintiff harm (ongoing dispute, potential site restoration).

24. Plaintiff is entitled to damages and attorney fees (if any).

**VII. THIRD CLAIM – DECLARATORY RELIEF**
(28 U.S.C. § 2201)
25. An actual controversy exists regarding ownership and rights to the software and content.

26. Plaintiff seeks a declaration that the HEXucation.com Community retains ownership and that Defendants' use is unauthorized.

**VIII. PRAYER FOR RELIEF**
WHEREFORE, Plaintiff respectfully requests:
a. Preliminary and permanent injunction prohibiting Defendants from using, distributing, or deploying derivatives of Plaintiff's works;
b. Actual and/or statutory damages;
c. Costs of suit (including the $250 filing fee);
d. Declaratory relief as to ownership;

e. Such other relief as the Court deems just.

**IX. DEMAND FOR JURY TRIAL**

Plaintiff demands a trial by jury on all issues so triable.

Dated: November 18, 2026

Respectfully submitted,

/s/ Lisha Gray
Lisha Gray, pro se filer on behalf of
Clifford Williams (non-U.S. resident)
Lisha Jean Gray 777 Northwood Dr Apt 1 Medford, Oregon 97504
Email: austinsgirl_us@yahoo.com

Phone: 458-302-1561

**Plaintiff Clifford Williams**
Kumasi, Ghana

Email: cliffordjwilliams@yahoo.co.uk

**Exhibits** (attach as PDFs):

- Exhibit A: Proprietary Software License Agreement (April 1, 2024)

- Exhibit B: Chat screenshots showing license acknowledgment
- Exhibit C: DMCA counter-notice from Elizabeth Botha
- Exhibit D: Community allegation document (signed statements)
- Exhibit E: Blockchain payment evidence to Mirko Vanzo
- Exhibit F: Code comparison showing derivatives